IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDITH ANDO,

       Plaintiff,                      Case No. 2:12-cv-0523 KJM DAD PS

    vs.

ALLIANCE BANCORP, et al.,         <u>ORDER SETTING STATUS</u>
                                                     <u>(PRETRIAL SCHEDULING)</u>
       Defendants.                  <u>CONFERENCE</u>

_____/

        Plaintiff, proceeding pro se, commenced this action on February 28, 2012, by filing a complaint and paying the required filing fee. The Clerk has issued summons as to eleven defendants. The case has been referred to the undersigned pursuant to Local Rule 302(c)(21).

        Good cause appearing, IT IS ORDERED that:

        1. A Status (Pretrial Scheduling) Conference is set for **Friday, July 13, 2012, at 10:00 a.m.** at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27 before the undersigned;

        2. Within fourteen (14) days after plaintiff is served with this order, plaintiff shall serve upon each defendant one copy of this order, as well as a copy of the Notice of Availability of a Magistrate Judge and the related form that were served on plaintiff by the Clerk on February 28, 2012; within five (5) days after serving the required copies on the defendants, plaintiff shall

file a certificate of service indicating the date and manner of service of the copies on each defendant;

   3. Any party may appear at the Status (Pretrial Scheduling) Conference telephonically *if* the party pre-arranges such appearance by contacting Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128 <u>at least 48 hours before the Status (Pretrial Scheduling) Conference</u>.  A land line telephone number must be provided;

   4. Plaintiff shall file and serve a status report on or before **June 29, 2012,** and defendants shall file and serve separate status reports on or before **July 6, 2012**.  Each party's status report shall address all of the following matters:

  a. Progress of service of process;

  b. Possible joinder of additional parties;

  c. Possible amendment of the pleadings;

  d. Jurisdiction and venue;

  e. Anticipated motions and the scheduling thereof;

  f. Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

  g. Future proceedings, including the setting of appropriate cut-off dates for discovery and for law and motion, and the scheduling of a final pretrial conference and trial;

  h. Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;

  i. Whether the case is related to any other case, including matters in bankruptcy;

  j. Whether the parties will stipulate to the magistrate judge assigned to this matter acting as settlement judge, waiving any disqualification by virtue of his so acting, or whether they prefer to have a Settlement Conference before another magistrate judge;

/////

    k. Whether the parties intend to consent to proceed before a United States Magistrate Judge; and

    l. Any other matters that may aid in the just and expeditious disposition of this action.

   5. Plaintiff is advised that failure to file a timely status report, or failure to appear at the status conference either in person or telephonically, may result in a recommendation that this action be dismissed for lack of prosecution and as a sanction for failure to comply with court orders and applicable rules.  See Local Rules 110 and 183; and

   6. Plaintiff is cautioned that Rule 4(m) of the Federal Rules of Civil Procedure provides that a defendant must be dismissed if service of the summons and complaint is not accomplished on the defendant within 120 days after the complaint was filed.  In order to enable plaintiff and the court to comply with the time limits specified in Rule 4(m) and Rule 16(b), plaintiff is strongly encouraged to complete service of process on all defendants within 90 days after the filing of the complaint in this action.

DATED: April 16, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\ando0523.ossc